STATE OF LOUISIANA IN      \*      NO. 2020-C-0221
THE INTEREST OF L.S.

     \*

         COURT OF APPEAL

     \*

         FOURTH CIRCUIT

     \*

         STATE OF LOUISIANA

\* \* \* \* \* \* \*


APPLICATION FOR WRITS DIRECTED TO
JUVENILE COURT ORLEANS PARISH
NO. 2020-010-04-DQ-F, SECTION "F"
Honorable Mark Doherty, Judge
\* \* \* \* \* \*
**Judge Joy Cossich Lobrano**
\* \* \* \* \* \*
(Court composed of Judge Joy Cossich Lobrano, Judge Sandra Cabrina Jenkins, Judge Tiffany G. Chase)

*Jenkins, J., Dissents and Assigns Reasons*


     **Leon A. Cannizzaro, Jr.**
District Attorney
**Scott G. Vincent**
District Attorney's Office
Parish of Orleans
619 South White Street
New Orleans, Louisiana 70119

       COUNSEL FOR RESPONDENT

Michael Grey
Louisiana Center for Children's Rights
1100-B Milton Street
New Orleans, LA 70122

       COUNSEL FOR L.S.


              **DENIED.**

              **MAY 6, 2020**

*JCL, TGC*   Relator, L.S., seeks review of the juvenile court's April 23,

2020 ruling denying L.S.'s Motion for Release. Relator's writ is DENIED.